UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI KLAMMER,<br><br>    Plaintiff,<br><br>v.<br><br>MONDELEZ INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 22-cv-02046-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 15 |

The Court has received and considered the parties' joint case management statement. The Court VACATES the case management conference scheduled for July 1, 2022, and it shall reschedule a case management conference when it resolves the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: June 27, 2022

_____
JEFFREY S. WHITE
United States District Judge