**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Phone:       (312) 222-9350
Facsimile:   (312) 527-0484

**JENNER & BLOCK LLP**
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Defendant
Mondelēz Global LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI KLAMMER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MONDELĒZ GLOBAL LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 4:22-cv-2046-JSW<br><br>The Honorable Jeffrey S. White<br><br>**STATEMENT OF RECENT DECISION** |

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Mondelēz Global LLC submits this Statement of Recent Decision to call the Court's attention to the recent decision in *Forrett v. Gourmet Nut, Inc.*, Case No. 5:22-cv-2045-BLF, 2022 WL 6768217 (N.D. Cal. Oct. 11, 2022).  A copy of the decision in *Forrett* is attached as **Exhibit A**.

DATED:  October 24, 2022          JENNER & BLOCK LLPP

                         By:        /s/ Dean N. Panos
                                  Dean N. Panos

                         Attorneys for Defendant
                         Mondelēz Global LLC