UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI KLAMMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MONDELEZ INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-02046-JSW<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 46 |

　　　The Joint Case Management Statement filed by the parties (Dkt. No. 46) is approved. The parties shall comply with the following deadlines:

　　　1.　　Deadline to exchange initial Rule 26(a) disclosures: October 27, 2023.

　　　2.　　Deadline to amend pleadings: January 11, 2024.

　　　3.　　Deadline for Plaintiff to file class certification motion: May 24, 2024.

　　　4.　　Deadline for Defendant to oppose class certification motion: August 2, 2024.

　　　5.　　Deadline for Plaintiff to file reply in support of class certification motion: September 3, 2024.

　　　The case management conference previously set for October 13, 2023 is hereby VACATED.

　　　**IT IS SO ORDERED.**

Dated: October 10, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge