UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI KLAMMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONDELĒZ GLOBAL LLC,<br><br>Defendant. | Case No. 4:22-cv-02046-JSW<br><br>ORDER APPROVING **STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 52 |

**STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]**

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiff Avi Klammer voluntarily dismisses the above-captioned litigation with prejudice. Any putative class member claims are dismissed without prejudice. Each party bearing that party's own attorney's fees and costs.

Dated: February 12, 2024

**POPE MCGLAMRY PC**
/s/ *Michael L. McGlamry*
Michael L. McGlamry*
Caroline G. McGlamry (SBN # 308660)
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
efile@pmkm.com

*Pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Good Gustafson Aumais LLP**
J. Ryan Gustafson (SBN #220802)
Christopher B. Good (SBN #232722)
Christopher T. Aumais (SBN #249901)
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel: (310) 274-4663
jrg@ggallp.com

*Counsel for Plaintiffs*


*/s/ Alexander M. Smith*
**JENNER & BLOCK LLP**
Alexander M. Smith (SBN 285187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Phone: (213) 239-5100
Fax: (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
Fax: (312) 527-0484

*Attorneys for Defendant*
*Mondelēz Global LLC*

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to Plaintiff Avi Klammer, with each party bearing that party's own attorney's fees and costs. **IT IS FURTHER ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE** as to any putative class member. The Clerk is directed to close the file.

Dated: February __12_____, 2024.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE JEFFREY S. WHITE